On respondent Marshall's petition for reconsideration filed September 15, reconsideration allowed; opinion (149 Or App 641, 944 P2d 984 (1997)) modified; reversed in part; opinion adhered to as modified November 19, 1997

### Janice M. MEARS,
*Appellant,*

*v.*

### William R. MARSHALL, M.D.,
### and Collagen Corporation,
*Respondents.*

### (9307-04839; CA A85078)

948 P2d 731

Janet Schroer and Hoffman, Hart & Wagner for petition.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

LEESON, J.

**LEESON, J.**

Defendant William R. Marshall, M.D., petitions for reconsideration of this case in which we reversed the trial court's entry of summary judgment in favor of defendants Marshall and Collagen Corporation. *Mears v. Marshall*, 149 Or App 641, 944 P2d 984 (1997). Defendant notes that we reversed the trial court's summary judgment in defendants' favor on preemption grounds, but that the trial court disposed of several other claims against Marshall on a different summary judgment motion that was not at issue on appeal. We grant reconsideration to clarify that we reversed only the summary judgment in favor of defendants that was based on preemption grounds and otherwise affirm.

Reconsideration allowed; opinion modified; summary judgment for defendant Marshall reversed on plaintiff's second claim for relief; opinion adhered to as modified.